IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | 7:13-cv-506-LSC |
| ATLANTIS DRYWALL & FRAMING, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

ORDER

The Court has for consideration Defendants' Motion to Compel Arbitration and Stay Judicial Proceedings or Alternatively, Motion to Dismiss. (Doc. 7), which was filed on May 15, 2013. The following schedule and requirements for submissions are established:

Plaintiff's responsive submission shall be filed eleven (11) days from the date of entry of this Order. The text of Plaintiff's response shall be limited to forty (40) pages, double spaced. Defendants will have until five (5) days thereafter to file a reply submission. Defendants' reply is limited to eight (8) pages, double spaced. The Court will take Defendants' motion under submission at the close of the briefing schedule

without further notice to the parties.

Done this <u>20th</u> day of <u>May 2013</u>.

                                                L. SCOTT COOGLER
                                UNITED STATES DISTRICT JUDGE
                                                                          [170956]